**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: | ) IN CHAPTER 7 PROCEEDINGS |
| | ) |
| BIG KIDS CD'S & GAMES, INC., | ) BK 09-30011 |
| | ) |
| Debtor(s). | ) |
| | ) |
| | ) |

**O R D E R**

This above captioned matter is before the Court on the Application to Approve Asset Purchase Agreement filed by Donald M. Samson, trustee; notice having been given to creditors and parties in interest and no objections or other responses having been filed within the time allowed and the Court being fully advised in the premises;

**IT IS ORDERED** that the Application to Approve Asset Purchase Agreement is granted and the Asset Purchase Agreement is approved.

**IT IS FURTHER ORDERED** that Judith A. West pay to Donald M. Samson, trustee, the sum of $15,000.00 payable as follows:

    a) $5,000.00 at closing which will be on or before thirty (30) days from the date of entry of this order

    b) $5,000.00 on or before thirty (30) days following closing

    c) $5,000.00 on or before sixty (60) days following closing

**IT IS FURTHER ORDERED** that Donald M. Samson, trustee, is authorized to execute all documents necessary to transfer to Judith A. West debtor's inventory of video games, DVDs and CDs and game systems with accessories (as described in the Application to Approve Asset Purchase Agreement).

Counsel for the moving party shall serve a copy of this Order by mail to all interested parties who were not served electronically.

ENTERED: June 28, 2010

                                                          /s/ Kenneth J. Meyers
                                        UNITED STATES BANKRUPTCY JUDGE